IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| BRANDON WALLACE, ADC #165279, | * |
| Plaintiff | * |
| v. | * |
| | * No. 4:17CV00052-SWW-JJV |
| TONYA TACKET, ET AL. | * |
| Defendants | * |

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant's Motion to Dismiss Defendant Tonya Tackett (Doc. 16) is GRANTED.

2. Defendant Tonya Tackett is DISMISSED from this action without prejudice.

IT IS SO ORDERED this 5th day of May, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE