IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BRANDON WALLACE, | * | |
| ADC #165279 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:17cv00052 SWW-JJV |
| | * | |
| TONYA TACKETT, *et al*. | * | |
| | * | |
| Defendants. | * | |

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Brandon Wallace ("Plaintiff") brought this action *pro se* pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights. (Doc. Nos. 2, 6.) On December 7, 2017, Defendants filed a Motion to Compel (Doc. No. 24), stating that they received only some responses to written discovery propounded on September 27, 2017. I granted Defendants' Motion to Compel on December 13, 2017, and directed Plaintiff to respond to Defendants' discovery requests within twenty-one (21) days. (Doc. No. 26.)

Defendants have now filed a Motion to Dismiss (Doc. Nos. 27, 28) informing the Court that Plaintiff has failed to respond within the allotted time and requesting that this action be dismissed pursuant to Rules 37(b)(2)[1] and 41(b)[2] of the Federal Rules of Civil Procedure.

Based on the foregoing, I find it appropriate to grant Defendants' Motion to Dismiss. I specifically directed Plaintiff to respond to Defendants' discovery requests within twenty-one (21)

---

[1] "If a party . . . fails to obey an order to provide or permit discovery . . . the court where the action is pending may issue further just orders. They may include the following: (v) dismissing the action or proceeding in whole or in part." Fed. R. Civ. P. 37(b)(2)(A)(v).

[2] "If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b).

days.  (Doc. No. 26 at 2.)  In that Order, I also warned Plaintiff that his failure to comply could result in a dismissal.  (*Id.*)  Plaintiff has failed to comply, and dismissal is appropriate.  Plaintiff may cure this defect by immediately responding to Defendants' discovery requests.  But based on the record before the Court, I recommend that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS, THEREFORE, RECOMMENDED that:

1. Defendants' Motion to Dismiss (Doc. No. 27) be GRANTED.

2. Plaintiff's Complaint (Doc. Nos. 2, 6) be DISMISSED without prejudice.

3. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 22nd day of January, 2018.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE