IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRANDON WALLACE,  
ADC #165279

    Plaintiff,

v.      No. 4:17CV00052-SWW-JJV

TONYA TACKETT; *et al.*

    Defendants.

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Dismiss (Doc. No. 27) is GRANTED.

2. Plaintiff's Complaint (Doc. Nos. 2, 6) is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 6th day of February, 2018.

                                                           /s/Susan Webber Wright  
                                                       UNITED STATES DISTRICT JUDGE